# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROLYN CARPENTER | § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. 3:18-cv-2338 |
| VS. | § § | ON REMOVAL FROM CAUSE NO. DC-18-09810 |
| BOSTON SCIENTIFIC CORPORATION | § § § | DALLAS COUNTY, TEXAS |
| DEFENDANT. | § § | |

## INDEX OF ALL DOCUMENTS

**EXHIBIT A:**   Index of Documents

**EXHIBIT B:**   Dallas County Civil District Court Docket Sheet (8/29/2018)

**EXHIBIT C:**   Dallas County Civil District Court Cover Sheet (07/27/2018)

Plaintiff's Original Petition and Jury Demand (07/27/2018)

Request for issuance of citation (08/09/2018)

Citation issued to Boston Scientific Corporation (08/13/2018)

Affidavit of Service on Boston Scientific Corporation (08/15/2018)

**EXHIBIT D:**   A signed Certificate of Interested Persons that complies with LR 3.1(c) or 3.2(e)

669229 v1