# EXHIBIT B

Case 3:18-cv-02338-E   Document 1-2   Filed 09/04/18   Page 2 of 4   PageID 11

## Case Information

DC-18-09810 | Carolyn Carpenter vs. Boston Scientific Corporation

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| DC-18-09810 | 68th District Court | HOFFMAN, MARTIN |
| **File Date** | **Case Type** | **Case Status** |
| 07/27/2018 | CNTR CNSMR COM DEBT | OPEN |

## Party

**PLAINTIFF**
Carpenter, Carolyn

Address
c/o Common Sense Counsel
404 W. 7th St.
Austin TX 78701

Active Attorneys ▼
Lead Attorney
KLEINMAN, ROBERT B.
Retained

Work Phone
512-299-5329

Fax Phone
512-628-3390

**DEFENDANT**
Boston Scientific Corporation

Address
By Serving Its Registered Agent, Corporation Service Company
211 East 7th Street, Suite 620
Austin TX 78701

Case 3:18-cv-02338-E   Document 1-2   Filed 09/04/18   Page 3 of 4   PageID 12

## Events and Hearings

- 07/27/2018 NEW CASE FILED (OCA) - CIVIL

- 07/27/2018 ORIGINAL PETITION ▼

  ORIGINAL PETITION

- 07/27/2018 CASE FILING COVER SHEET ▼

  COVER SHEET

- 08/09/2018 REQUEST FOR SERVICE ▼

  REQUEST

- 08/09/2018 ISSUE CITATION ▼

  ISSUE CITATION

- 08/13/2018 CITATION ▼

  Anticipated Server
  ESERVE

  Anticipated Method
  Actual Server
  OUT OF COUNTY

  Returned
  08/15/2018
  Comment
  ESERVE

- 08/15/2018 RETURN OF SERVICE ▼

  AFFIDAVIT OF SERVICE - CITATION - BOSTON SCIENTIFIC CORPORATION

  Comment
  AFFIDAVIT OF SERVICE - CITATION - BOSTON SCIENTIFIC CORPORATION

Case 3:18-cv-02338-E   Document 1-2   Filed 09/04/18   Page 4 of 4   PageID 13

## Financial

Carpenter, Carolyn

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $300.00 |
| | Total Payments and Credits | | | $300.00 |
| 7/30/2018 | Transaction Assessment | | | $292.00 |
| 7/30/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 48318-2018-DCLK | Carpenter, Carolyn | ($292.00) |
| 8/10/2018 | Transaction Assessment | | | $8.00 |
| 8/10/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 51664-2018-DCLK | Carpenter, Carolyn | ($8.00) |

## Documents

COVER SHEET

ORIGINAL PETITION

REQUEST

ISSUE CITATION

AFFIDAVIT OF SERVICE - CITATION - BOSTON SCIENTIFIC CORPORATION