# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROLYN CARPENTER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 3:18-cv-2338 |
| | § | |
| v. | § | ON REMOVAL FROM |
| | § | CAUSE NO. DC-18-09810 |
| BOSTON SCIENTIFIC CORPORATION, | § | DALLAS COUNTY, TEXAS |
| | § | |
| Defendant. | § | |

## DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES

Defendant Boston Scientific Corporation ("Boston Scientific") hereby submits this Disclosure of Interested Parties pursuant to Local Rules 81.1 and 3.1(c).

The following parties are known by Boston Scientific to have a financial interest in the outcome of this litigation:

1. Plaintiff Carolyn Carpenter.

2. Plaintiff's attorneys are Robert B. Kleinman, Breanne V. Cope, and John Cook of the law firm of Common Sense Counsel LLP of Austin, Texas, as well as Michele S. Carino of the law firm of Carino Law of Whitestone, New York.

3. Defendant Boston Scientific Corporation is a Delaware corporation with its principal place of business in Massachusetts whose shares are publicly traded on the New York Stock Exchange. Boston Scientific has no parent corporation, and only FMR LLC/Abigail P. Johnson owns 10% or more of Boston Scientific's stock.

4. Defendant Boston Scientific is represented by the law firm Shook, Hardy & Bacon LLP of Houston, Texas.

668872 v1

Dated:  September 4, 2018                    Respectfully submitted,

                                By:   */s/ Kelsey A. Copeland*
                                      Kelsey A. Copeland
                                      Attorney-in-Charge
                                      Texas Bar No. 24073683
                                      SDTX No. 1716052
                                      E-Mail:  kcopeland@shb.com
                                      SHOOK, HARDY & BACON L.L.P.
                                      600 Travis Street, Suite 3400
                                      Houston, Texas  77002-2992
                                      Telephone: 713.227.8008
                                      Facsimile: 713.227.9508

                                      **ATTORNEY FOR DEFENDANT**
                                      **BOSTON SCIENTIFIC CORPORATION**