UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROLYN CARPENTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-CV-2338-E |
| | § | |
| BOSTON SCIENTIFIC CORP., | § | |
| | § | |
| Defendant. | § | |

ORDER OF ADMINISTRATIVE CLOSURE

Before the Court is the parties' Joint Notice of Settled Case and Motion to Stay (Doc. No. 33), in which they inform the Court that they have settled all matters in controversy between them. The Court **GRANTS** the motion and vacates all pending deadlines. The Court **ORDERS** the parties to file appropriate dismissal papers by September 8, 2020, or if they are unable to do so, a joint status report. Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

Signed July 23, 2020.

Ada Brown
UNITED STATES DISTRICT JUDGE