## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **CAROLYN CARPENTER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.:** |
| | § | **3:18-CV-02338-E** |
| **BOSTON SCIENTIFIC CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Carolyn Carpenter ("Plaintiff") and Defendant Boston Scientific Corporation ("Boston Scientific") provide this Notice to the Court that all claims against Boston Scientific have been resolved. Plaintiff and Boston Scientific, therefore, stipulate and jointly request that the Court enter an Order of Dismissal With Prejudice as to all claims against Boston Scientific.

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Alan R. Vickery*
ALAN R. VICKERY
State Bar No. 20571650
alan.vickery@faegredrinker.com
RYAN C. BROWN
State Bar No. 24038055
ryan.brown@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH**
1717 Main Street, Suite 5400
Dallas, TX 75201
Tel: (469) 357-2500
*Attorneys for Defendant Boston Scientific Corporation*

*/s/ Breanne V. Cope (w/permission)*
Breanne V. Cope *(admitted pro hac vice)*
COMMON SENSE COUNSEL LLP
1333 Paloma Ave.
Burlingame, CA 94010
Ph: (650) 627-3600
Fax: (512) 628-3390
breanne@commonsensecounsel.com

**ATTORNEYS FOR PLAINTIFF CAROLYN CARPENTER**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record via ECF notification in accordance with the Federal Rules of Civil Procedure on August 24, 2021.

*/s/ Alan R. Vickery*
ALAN R. VICKERY